CM/ECF tele341
(03/27/20)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:  Judy Holt Wilson and Joe Wilson | ) | Case No.: 21−12408−JDW |
| Debtor(s) | ) | Chapter: 7 |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF 11 U.S.C. § 341(a) MEETING TO BE HELD BY TELEPHONE

PLEASE TAKE NOTICE that the 11 U.S.C. § 341(a) meeting of creditors will be conducted via *TELEPHONE* by:

**Trustee:** William Fava
**Call in number:** 877−985−2448
**Passcode:** 4892659

The following date and time for the meeting have <u>not</u> changed from the original creditor meeting notice sent to you by the Bankruptcy Court:

**February 4, 2022** at **09:00 AM**

Please do not appear in−person for the meeting. Debtors must call in to the meeting to be questioned under oath. In a joint case, both spouses must call in to the meeting. Creditors may attend but are not required to do so. Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors' social security number on the record. If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting If the meeting is continued or adjourned to a later date, the date will be on the court docket. If you have any questions or concerns, please contact your attorney or the case trustee with the information provided on the original 341 Meeting of Creditors notice.

Dated: January 4, 2022

DAVID W. ASBACH
Acting United States Trustee
Region 5, Judicial Districts of
Louisiana and Mississippi

By: Ronald H. McAlpin

Ronald H. McAlpin, Assistant U. S. Trustee
United States Department of Justice
501 East Court Street, Suite 6−430
Jackson, Mississippi 39201
Telephone: (601) 965−5247
Email: ronald.mcalphin@usdoj.gov